UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| CHRISTOPHER BRIGGS,<br><br>               Plaintiff,<br><br>   v.<br><br>COMMUNITY HEALTH PLAN OF WASHINGTON,<br><br>               Defendant. | Case No. 25-356-KKE<br><br>ORDER |

      Plaintiff has filed an application to proceed *in forma pauperis* ("IFP") in the above-entitled action. (Dkt. # 1.) Plaintiff does not appear to have funds available to afford the $405.00 filing fee. Accordingly, Plaintiff's application to proceed IFP (dkt. # 1) is GRANTED. Plaintiff shall note that leave to proceed as a pauper does not necessarily entitle Plaintiff to a waiver of any other cost(s) of litigation.

      The Clerk is directed to send copies of this Order to Plaintiff and to the Honorable Kymberly K. Evanson.

//

//

//

ORDER - 1

Dated this 27th day of February, 2025.

MICHELLE L. PETERSON
United States Magistrate Judge

ORDER - 2